GEORGE P. KARONIS, Appellant, *v.* MICHAEL A. PALMIETTO et al., Defendants, and MERRITT, CHAPMAN & SCOTT CORP., Respondent.

Argued May 27, 1953; decided July 14, 1953.

*Monroe J. Cahn, Benjamin B. Hersh* and *Oliver K. King* for appellant.

*Patrick E. Gibbons, Harry H. Brown* and *Ralph H. Terhune* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.